3

18-20315

April 5th 2024 ATTN: United States District court clerk of court
ATTN: United States Department of Justice
ATTN: Gjon Juncaj
Asst U.S. Atty
211 W. Fort St. Suite 2001
Detroit MI 48226-3211

Case: 5:24-mc-50759
Judge: Levy, Judith E.
MJ: Stafford, Elizabeth A.
Filed: 06-12-2024 At 12:04 PM
USA V Gauthier, et al (LG)

Hello my name is Natalie Cotton. I received a letter regarding Forfeiture. Re: US vs. Nathaniel Cotton Case # 18-CR-20315

I am writing to let the courts know that I have intrest in the following property that is listed.

#1 Taurus .45 caliber pistol Model: PT145 Ser No: NWL32645 Also magazine

#2 Sig Sauer 5.56 caliber pistol Model: PM400 Ser No: 20K024912 Also sig sauer magazine

#3 Smith + Wesson 5.56 caliber rifle Model: M+P 15 Ser No: SN39055 Also Smith + Wesson magazine

#4 .223 caliber magazine

#5 5.7 x 28mm caliber magazine

#6 5.7 x 28mm caliber magazine

#7 Winchester 12-gauge Shotgun, Model 1300 Ser No: L2695377

#8 .22 caliber 9 shot Revolver
#9 Ruger .22 caliber rifle model: Impact
#10 Ruger 4x32 scope ser no: AD108514

I am petitioning the court for a hearing of validity of interest of the items above. In April 2018 my home and my family home was busted by the FBI I believe and numerous of items were taken. Some items we recovered, some was not. I belive a search warrant was produced but items that was con. wasn't part of the warrent.

Thank you
Natalie Cottrel

X Natalie Cottrel

12510 Rifad St.
Det MI 48224

From (return address):
Nassir Cattrw
125/0 Ryan Rd
Detroit MI 48212

To:
United States District Court Clerk of Court
231 W. Lafayette
Detroit MI 48226

Postage: $8.05 — JUN 07 2024 — MI 48226

Certified Mail: 9589 0710 5270 1514 5408 29

Stamp: Dog Bite Awareness — FOREVER / USA