UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff/Respondent,

v.

Joshua Gauthier, Nathaniel Cotton, Keith Kennedy, and Don Embry,

        Defendants,

v.

Natalie Cotton,

        Petitioner,

_____/

Case No. 24-50759

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER GRANTING PLAINTIFF/RESPONDENT'S MOTION TO DISMISS PETITION AND ANCILLARY PROCEEDINGS AND FOR ENTRY OF A FINAL ORDER OF FORFEITURE [4]**

On or about June 12, 2024, Petitioner Natalie Cotton submitted a letter asserting an interest in firearms included in a preliminary forfeiture order and requesting a hearing. (ECF No. 1, PageID.1–2.) The Court construed it as a petition pursuant to 21 U.S.C. 853(n). (ECF No.

2, PageID.5.) The Court held that the "filing does not satisfy the requirements of § 853(n)" and ordered Petitioner to file a conforming Amended Petition by July 24, 2024. (*Id.* at PageID.7–8.) The Court noted that "[f]ailure to timely file an amended petition may result in dismissal of this ancillary proceeding." (*Id.* at PageID.7).

As of the date of today's order, Petitioner has not filed an amended petition. Accordingly, the Court grants Plaintiff/Petitioner United States of America's motion to dismiss petition and ancillary proceedings and for entry of a final order of forfeiture. *See* Fed. R. Crim. P. 32.2(c)(1)(A). The proceeding is dismissed. The preliminary order of forfeiture is final. Fed. R. Crim. P. 32.2(c)(2).

IT IS SO ORDERED.

Dated: July 7, 2025  s/Judith E. Levy
    Ann Arbor, Michigan  JUDITH E. LEVY
      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2025.

      s/William Barkholz
      Case Manager